NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JAMES J. TAGLIA, as Trustee for the )
R. Victor Taglia 2010 Irrevocable Trust, )
Derivatively on behalf of Nominal )
Defendant, SUN WEST ACQUISITION )
CORPORATION, )
                                 )
            Petitioner, )
                                 )
v. )         Case No. 2D17-4480
                                 )
JOHN GARY GRUBBS and SUN WEST )
ACQUISITION CORPORATION, Nominal )
Defendant, )
                                 )
            Respondents. )
_____ )

Opinion filed June 20, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Pasco County; Declan P.
Mansfield, Judge.

Thomas P. Wert of Dean, Mead, Egerton,
Bloodworth, Capouano & Bozarth, P.A.,
Orlando, for Petitioner.

Joseph P. Kenny and Timothy W. Weber
of Weber, Crabb & Wein, P.A., St.
Petersburg; and Brian P. Deeb of Deeb
Law Group, P.A., St. Petersburg, for
Respondent John Gary Grubbs.

No appearance for remaining Respondent.

PER CURIAM.

Denied.

CASANUEVA, BADALAMENTI, JJ., and LEE, LAUREL M., ASSOCIATE JUDGE, Concur.